UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DESMOND CLAYTON, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) Cause No. 1:13-cv-854-JMS-DML |
| | ) |
| SUPERINTENDENT OF PENDLETON CORRECTIONAL FACILITY, | ) |
| | ) |
| Respondent. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 11/14/2013

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Desmond Clayton
No. 749723
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

Electronically Registered Counsel